# CRIMINAL COMPLAINT

FILED / LODGED / RECEIVED / COPY

SEP 9 2008

CLERK U.S. DISTRICT COURT / DISTRICT OF ARIZONA / DEPUTY

MAG

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Timothy Michael SHANNON**<br>DOB: xx-xx-1976; United States Citizen; SS# xxx-xx-9249 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**08-04792M** |
| Complaint for violation of Title 8 | United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), 1325, 18 USC §2 |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about September 8, 2008, at or near Elfrida, in the District of Arizona, **Timothy Michael SHANNON**, knowing and in reckless disregard of the fact that illegal aliens, including Mario FLORERO-Castillo, and Natalia CUEVAS-Jimenez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 2:** On or about September 8, 2008, at or near Elfrida, in the District of Arizona, **Timothy Michael SHANNON** did unlawfully aid and abet illegal aliens, Mario FLORERO-Castillo, and Natalia CUEVAS-Jimenez, to elude examination and inspection by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325 and Title 18, United States Code, Section 2.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 8, 2008, at or near Elfrida, Arizona, a Border Patrol Agent stopped a vehicle being driven by defendant **Timothy Michael SHANNON**. Inside the vehicle were two other individuals, both of whom admitted that they were not citizens or nationals of the United States and that they did not have permission to be in the United States legally. Material witnesses Mario FLORERO-Castillo, and Natalia CUEVAS-Jimenez were in the vehicle. The material witnesses stated that their group crossed into the United States by walking through the desert rather than through a Port of Entry. They walked to an abandoned house where they stayed until they were picked up by the defendant. The material witnesses both identified **SHANNON** as the driver of the vehicle that picked them up. The material witnesses were going to pay $2700.00 to be smuggled into the United States and transported to their final destination.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:
Mario FLORERO-Castillo, and Natalia CUEVAS-Jimenez

| | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA SMT | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Senior Agent, US Border Patrol |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 9, 2008 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54